**IN RE: Herman Eugene PAULSON, Eugene Paulson Debtor**

---

**469**

Herman Eugene Paulson Appellant

v.

**Daniel McDermott; Sunflour Railroad, Inc. Appellees**

No. 17-1093

United States Court of Appeals, Eighth Circuit.

Submitted: September 5, 2017

Filed: September 8, 2017

Herman Eugene Paulson, Pro Se

Colin Kreuziger, Trial Attorney, U.S. Trustee's Office, Minneapolis, MN, John Postulka, U.S. Department of Justice, Executive Office for United States Trustees, Office of General Counsel, Washington, DC, James L. Snyder, U.S. Trustee's Office, Des Moines, IA, for Appellee Daniel McDermott

Brian James Donahoe, Donahoe Law Firm, Sioux Falls, SD, Colin Kreuziger, Trial Attorney, U.S. Trustee's Office, Minneapolis, MN, James L. Snyder, U.S. Trustee's Office, Des Moines, IA, for Appellee Sunflour Railroad, Inc.

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Herman Paulson appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] denial of his post-judgment motions in his Chapter 13 bankruptcy case. Having carefully reviewed the record and the parties' arguments on ap-

1. The Honorable Charles L. Nail, Jr., Chief Judge, United States Bankruptcy Court for

peal, we find no basis for reversal. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

the District of South Dakota.